IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

THOMAS P. TAYLOR                                                                    PLAINTIFF

V.                                           NO. 10-3039

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration                    DEFENDANT

## ORDER

Comes now the Court on this 18th day of November, 2010, upon being well and duly advised, the undersigned finds as follows:

That the United States district court clerk was directed to administratively terminate this matter by Memorandum Opinion and Order entered September 29, 2010, for the purpose of allowing the Defendant to obtain the claim file of the ALJ. (Docs. 9 and 10). On November 18, 2010, Defendant filed a Motion to Reopen the Case, stating that the claim file has been obtained and the transcript of the record has been received. (Doc. 11). Accordingly, the district court clerk is directed to re-open the instant matter. Plaintiff herein should be allowed until **December 18, 2010**, within which to file an Appeal Brief in the above-styled claim. The Defendant shall file his responsive Appeal Brief no later than the close of business on **January 18, 2011.** No further extensions of time will be granted.

IT IS SO ORDERED.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)