IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

THOMAS P. TAYLOR                                                                             PLAINTIFF

V.                                              NO. 10-3039

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                          DEFENDANT

**J U D G M E N T**

For reasons stated in the Memorandum Opinion of this date, the Court hereby affirms the decision of the ALJ.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 30th day of August, 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)